IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                  ORDER

           Plaintiff,

    v.                                        03-CR-126-C

CHRISTOPHER TEMPLE,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Because defendant Christopher Temple has filed a number of motions and the government has not yet had an opportunity to respond to them, I will order an extension in the time defendant must report to begin service of his sentence until March 29, 2011.

Entered this 1st day of March, 2011.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge