IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | ORDER |
| v. | 03-cr-126-C |
| CHRISTOPHER TEMPLE, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Defendant has filed an appeal of the order revoking his supervised release entered on February 14, 2011. He has now written to the court requesting a transcript of the revocation hearing held on February 11, 2011. Defendant qualified for appointed counsel but elected to appear pro se at the revocation hearing.

IT IS ORDERED that defendant's request is GRANTED. The court reporter shall prepare said transcript with the cost of the transcript being paid by the United States pursuant to 28 U.S.C. §753(f).

Entered this 16th day of March, 2011.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

1