IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                        Plaintiff,

       v.

CHRISTOPHER L. TEMPLE,

                        Defendant.

ORDER

03-cr-126-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Defendant Christopher L. Temple has moved for a stay pending appeal of the execution of the sentence imposed upon him for violation of the conditions of his supervised release. The motion has been fully briefed.

      Having read defendant's motion and supporting materials, I will deny the motion for a stay. Despite defendant's assertions to the contrary, his appeal does not present any close question. Defendant had an opportunity at trial to argue why he should not be found in violation of the conditions of his supervised release; his rearguments of those issues are no more persuasive now than they were then.

ORDER

1

IT IS ORDERED that defendant Christopher L. Temple's motion to stay the execution of his sentence is DENIED.

FURTHER, IT IS ORDERED that defendant is to report on April 14, 2011 between the hours of 10:00 am and noon to an institution to be designated by further court order.

Entered this 25th day of March, 2011.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge